**Order entered October 6, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00863-CV

**MARY HARP SHANKLES, Appellant**

**V.**

**J. DON GORDON, HYNDS & GORDON P.C., DAVID N. MCNEES D/B/A LAW OFFICES OF DAVID N. MCNEES, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05746-E**

## ORDER

Pursuant to Texas Rule of Appellate Procedure 34.5(c), we **ORDER** Dallas County Clerk John F. Warren to file, no later than October 17, 2016, a supplemental clerk's record containing (1) plaintiff's January 20, 2014 second amended petition; (2) the trial court's March 5, 2014 order of dismissal; and, (3) the trial court's October 22, 2014 order granting motions to dismiss under Texas Citizens' Participation Act.

/s/     CRAIG STODDART
        JUSTICE